IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv121

| | |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC; and CHEVRON U.S.A. INC., ) ) ) | |
| Plaintiffs, ) ) | |
| Vs. ) ) | ORDER |
| F AND J FOOD STORES, INC.; and PATTERSON-UNRUH CORPORATION, ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the court on preliminary review. First, this action has been transferred to the wrong division. While initially misfiled in the Charlotte Division, this action was improperly transferred to the Asheville Division. Review of the Complaint reveals that defendants' places of business are in the Bryson City Division and that this action concerns properties and events that allegedly took place in such division, to wit, Cherokee County. Next, review of the Complaint reveals that two attorneys have signed the Complaint, and thus made an appearance, who are not members of the Bar of this court and who have not moved through local counsel for admission *pro hac vice*.

-1-

## ORDER

**IT IS, THEREFORE, ORDERED** that this action be transferred to the Bryson City Division of this court and that Fred W. Hathaway and Charles R. Bruton file, through local counsel, appropriate motions for admission *pro hac vice* within seven days.

Signed: August 3, 2010

Dennis L. Howell
United States Magistrate Judge