IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:10 CV 21

CHEVRON INTELLECTUAL PROPERTY )
LLC and CHEVRON U.S.A., INC., )
      )
    Plaintiffs      )
      )
    V      )    **ORDER**
      )
F and J FOOD STORES, INC., and      )
PATTERSON-UNRUH CORPORATION,      )
      )
    Defendants      )

**THIS MATTER** is before the court on H. Gerald Beaver's Application for Admission to Practice *Pro Hac Vice* of Charles Richard Bruton. It appearing that Charles Richard Bruton is a member in good standing with the Virginia Bar and will be appearing with H. Gerald Beaver, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that H. Gerald Beaver's Application for Admission to Practice *Pro Hac Vice* (#10) of Charles Richard Bruton is **GRANTED**, and that Charles Richard Bruton is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with H. Gerald Beaver.

Signed: August 10, 2010

Dennis L. Howell
United States Magistrate Judge